*15JF*
*# 4*
*Fee Paid*
*No Related Cases*

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

Johnstown Division

| | |
|---|---|
| JUAN MIGUEL LOPEZ MARTINEZ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> PATRICK "P.J." LECHLEITNER in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (ICE), <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 3:23-cv-290 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> **FILED** <br> NOV 24 2023 <br> CLERK U.S. DISTRICT COURT <br> WEST DIST OF PENNSYLVANIA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: JUAN MIGUEL LOPEZ MARTINEZ - A#097703163
   Address: 555 GEO DRIVE - S.M.U. 317
   Philipsburg, PA. 16866
   City / State / Zip Code
   County: Clearfield
   Telephone Number: (814) 768-1200
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: PATRICK "P.J." LECHLEITNER
   Job or Title (if known): Director of U.S. Immigration and Customs E.
   Address: 500 Twelfth Street SW
   Washington, DC, 20536-04__
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: ALEJANDRO MAYORKAS
   Job or Title (if known): Secretary of Homeland Security
   Address: 2707 Martin Luther King Jr, Ave, SE
   Washington, DC, 20528-0485
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: MERRICK GARLAND
Job or Title (if known): Attorney General of the United States
Address: 950 Pennsylvania Avenue, NW
Washington / DC / 20528-0485
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity    [X] Official capacity

Defendant No. 4
Name: JOHN DOE 1
Job or Title (if known): employee of U.S. Immigration (ICE)
Address: Unknown
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

I was in custody by United States Immigration Customs and Enforcement, Detained in MVPC. 555 GEO DRIVE Philipsburg, PA. 16866 Clearfield County.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Monday, November, 28, 2022. at 9:45A.M. EST.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*  On Monday November, 28 2022. Defendant JOHN DOE 1, ICE employee posted the names and other personally identifiable information, along with immigration information, of 6,252 noncitizens in, or formerly in ICE to ICE.gov. website, the data remained posted for fivr hours,The information was able to be downloaded, copied,captured by screenshot.Until the immigrant advocacy group Human Rights First, flagged the data breach to ICE just before 2:00PM EST. The New York Times.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since November, 28th, 2022. I asked the facility for protection, because some people from Mexico recognice me from my immigration case; and after December 7th, that I was notify of the ICE breach, by ICE, I remained under protective custody until to this day Nov-22-23 it's been 359 Days and counting in solitary confinament, 24Hours a Day in a segregation unit, I suffer from a PTSD as resulted of past events, Which has been increased drastically, based on the several mental anguish, now I suffered form anxiety, depression, panic's attacks, insomnia, and when I'm able to sleep very vivid and strong nightmares, I been see it by psychology... see attach..

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Declare that Defendants violated the privacy Act of 1974; the APA, and the equal protection principles of the Fourteenth Amendment, embedded in the Due Process Clause of the Fifth Amendment.
2) Order an Stay of deportation until this case is decided.
3) Award Compensatory and punitive damages of $75,000.00 and $1500.00 per week after November, 28th, 2023. Until my release.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November, 22nd, 2023

Signature of Plaintiff

Printed Name of Plaintiff   JUAN MIGUEL LOPEZ MARTINEZ

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania
Johnstown Division

JURISDICTION

This case arises under the Fifth Amendment to the United States Constitution; and 5 U.S.C.§552a(b). This Court has juristiction pursuant to 28 U.S.C.§1331. This Court also has authority to grant declaratory relief under 28 U.S.C.§2201 and 2202, and injunctive relief under 5 U.S.C.§702 and the inherent equitable powers of this Court. This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1346 because the United States is a defendant.