IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN MIGUEL LOPEZ-MARTINEZ, :
    Plaintiff :
      v. : Case No. 3:23-cv-290-KAP
PATRICK "P.J." LECHLEITNER, ;
ACTING DIRECTOR, IMMIGRATION :
AND CUSTOMS ENFORCEMENT, *et al.*, :
    Defendants :

## Memorandum Order

Plaintiff, not proceeding *in forma pauperis*, must serve the defendants as provided in Fed.R.Civ.P. 4. Under Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before March 7, 2024, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect.

DATE: December 1, 2023

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Juan Miguel Lopez-Martinez
A#097703163
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866