IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN MIGUEL LOPEZ MARTINEZ,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 3:23-290 |
| ) | Judge Nora Barry Fischer |
| TODD M. LYONS, et al.,  ) | Magistrate Judge Keith Pesto |
| ) | |
| Defendants.  ) | |

## MEMORANDUM ORDER

AND NOW, this 23rd day of February, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on April 11, 2024, (Docket No. 8), screening the civil rights complaint filed by Plaintiff Juan Miguel Lopez Martinez against Defendants Todd M. Lyons, et al., seeking injunctive and declaratory relief and damages due to the alleged disclosures of non-public information related to his immigration status on ICE's website for several hours on November 28, 2022 and recommending that the complaint be dismissed, with prejudice, for failure to state a claim and that leave to amend be denied as futile, and directing that objections were initially due within 14 days, (Docket No. 8), the subsequent Order by the Hon. Stephanie L. Haines extending the deadline for objections until May 31, 2024, (Docket No. 11), no objections having been filed by Plaintiff as of the date of this Order but the Magistrate Judge having issued a separate Order on October 3, 2024 denying a motion to change venue filed by the Plaintiff, (Docket No. 13), the matter having been reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 11, 2024, (Docket No. 8), which is ADOPTED as the opinion of this Court,

1

IT IS HEREBY ORDERED that Plaintiff's Complaint [1] is dismissed, with prejudice, and without leave to amend, as any amendment would be futile, for the reasons stated in the Report and Recommendation and the decision of the U.S. District Court for the District of Columbia in *Asylum Seekers Trying to Assure their Safety v. Lechleitner*, No. 1:23-CV-163-RCL, 2023 WL 8619411, at *9 (D.D.C. Dec. 13, 2023) (granting motion to dismiss filed by Defendants and denying motion to certify class filed by Plaintiffs bringing alleged claims against director of ICE, Homeland Security, the Attorney General and the John Doe ICE employee who allegedly posted the information);

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/Nora Barry Fischer
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto

cc:   Juan Miguel Lopez-Martinez
      516 N. New Street
      Allentown, PA 18102 (via first class mail)